NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOROTHY S. TOWNE, ESQ., D/B/A      )
DOTTIE TOWNE, ATTORNEY AT          )
LAW,                               )
                                   )
                 Petitioner,       )
                                   )
v.                                 )      Case No. 2D18-4615
                                   )
VAKA LAW GROUP, P.L.,              )
                                   )
                 Respondent.       )
_____ )

Opinion filed October 2, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Martha J.
Cook, Judge.

Roy D. Wasson of Wasson & Associates,
Chartered, Miami, for Petitioner.

John V. Trujillo, Tampa, for Respondent.


PER CURIAM.

        Denied.


KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.